UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SOPHIA CHARITY PICENO,<br><br>Plaintiff,<br><br>v.<br><br>RONALD DONOHUE, et al.,<br><br>Defendants. | Case No.  26-cv-01353-RMI<br><br>**ORDER GRANTING MOTION TO AMEND COMPLAINT**<br><br>Re: Dkt. No. 10 |

Now pending before the court is Plaintiff's Motion to Amend Complaint. Leave to amend "should be granted with 'extreme liberality.'" *Petersen v. Boeing Co.*, 715 F.3d 276, 282 (9th Cir. 2013) (quoting *Moss v. U.S. Secret Serv.*, 572 F.3d 962, 972 (9th Cir. 2009)). Moreover, Plaintiff may file an amended complaint as a matter of course prior to the service of an answer. Fed. R. Civ. P. 15(a). Accordingly, the Motion to Amend Complaint is **GRANTED**. Plaintiff has also separately filed a number of exhibits with the court that are not clearly attached to the motions. Plaintiff is directed to file her amended complaint and any exhibits intended to be attached to the amended complaint as one filing, even if those exhibits have previously been filed, **within twenty-one (21) days** from the entry of this Order. The portion of the Motion to Amend Complaint which requests the appointment of counsel will be addressed in a separate order.

**IT IS SO ORDERED.**

Dated: May 19, 2026

ROBERT M. ILLMAN
United States Magistrate Judge