United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

SOPHIA CHARITY PICENO,

Plaintiff,

v.

RONALD DONOHUE, et al.,

Defendants.

Case No.  26-cv-01353-RMI

**ORDER ON REQUEST**

Re: Dkt. No. 23

Defendant City of Ukiah has filed a statement titled Response and Request Re: Plaintiff's Complaint, requesting clarification as to how this case will move forward. (Dkt. 23.) The court has granted Plaintiff's motion to amend; Plaintiff will have twenty-one days from the entry of that Order to file an amended complaint and any attached documents. (Order, Dkt. 24.) Once the amended complaint has been filed, Defendants will have the typical twenty-one (21) days to file an answer or responsive pleadings. No screening order is forthcoming.

**IT IS SO ORDERED.**

Dated: May 19, 2026

ROBERT M. ILLMAN
United States Magistrate Judge