UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SOPHIA CHARITY PICENO,<br><br>Plaintiff,<br><br>v.<br><br>RONALD DONOHUE, et al.,<br><br>Defendants. | Case No.  26-cv-01353-RMI<br><br>**ORDER DENYING AS MOOT MOTION TO ISSUE SUMMONS**<br><br>Re: Dkt. No. 29 |

Plaintiff has filed a motion asking the Clerk of Court to reissue summons for service of the First Amended Complaint. (Pl.'s Mot. Issue Summons, Dkt. 29.) It is not necessary at this time for additional summonses to be issued. As such, the court **DENIES AS MOOT** the Motion to Issue Summons.

**IT IS SO ORDERED.**

Dated: June 16, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California