UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

SOPHIA CHARITY PICENO,
Plaintiff,

v.

RONALD DONOHUE, et al.,
Defendants.

Case No. 26-cv-01353-RMI

**JUDGMENT**

On August 27, 2026, the court entered an order dismissing this case without leave to amend. Pursuant to Federal Rule of Civil Procedure 58, the court hereby **ENTERS** judgment in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 27, 2026

ROBERT M. ILLMAN
United States Magistrate Judge